CARLEEN R. ARLIDGE       SBN 079725
Attorney At Law
1550 The Alameda, Suite 100
San Jose, California 95126
Telephone:  (408) 288-8533
Facsimile:  (408) 445-1861
E-Mail: craatty@aol.com

Attorney For Defendant
FRANK ESPARZA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FRANK ESPARZA, ) <br> ) <br> Defendant. ) <br> _____ ) | NO.  25-CR-00242 - 3 NW <br><br> STIPULATION FOR ORDER <br> PERMITTING TRAVEL; <br> [Proposed] ORDER |

**STIPULATION**

It is hereby stipulated between Defendant Frank Esparza, through counsel Carleen R. Arlidge and the government, through Assistant United States Attorney Charles Bisesto, that, with the Court's approval, Defendant may travel to Nevada for work purposes.

It is further stipulated that the following conditions be applied:

1.  The defendant may leave the Northern District of California no earlier than March 23, 2026 and travel to Nevada.

2.  The defendant must return from Nevada to the Northern District of California no later than March 26, 2026.

3.  The defendant shall provide the Office of Pretrial Services such travel and itinerary information as may be requested.  The defendant shall communicate with Pretrial Services upon his arrival at his Nevada destination, when he returns to the Northern District of California and during

1

his stay in Nevada as may be directed by Pretrial Services.

4. All other terms and conditions of the defendant's release remain as previously ordered. The Defendant's supervising Pretrial Services officer, Shafia Khanoon, has been informed of the travel order request and has no objection.

IT IS SO STIPULATED.

Dated: March 10, 2026                                   _____/s/_____
                                                       Carleen R. Arlidge
                                                       Attorney for Defendant Esparza


Dated: March 10, 2026                                  Craig H. Missakian
                                                       United States Attorney


                                                       _____/s/_____
                                                       Charles Bisesto
                                                       Assistant United States Attorney

2

**[PROPOSED] ORDER**

Upon stipulation by the parties and good cause appearing therefore:

IT IS HEREBY ORDERED that Defendant Esparza may leave the Northern District of California no earlier than March 22, 2026 and travel to Nevada.

2. Defendant Esparza must return from Nevada to the Northern District of California no later than March 26, 2026.

3. Defendant Esparza shall provide the Office of Pretrial Services such travel and itinerary information as may be requested. Defendant Esparza shall communicate with Pretrial Services upon his arrival at his Nevada destination, when he returns to the Northern District of California and during his stay in Nevada as may be directed by Pretrial Services.

IT IS FURTHER ORDERED that all other terms and conditions of the Defendant's release remain as previously ordered.

IT IS SO ORDERED.

Dated:  March 11, 2026

_____
SUSAN VAN KEULEN
United States Magistrate Judge

3