## PROPOSED ORDER/COVER SHEET

TO:     **Honorable Susan van Keulen**          RE:    **ESPARZA, Frank**
        **U.S. Magistrate Judge**

FROM:   **Silvio Lugo, Chief**                  Docket No.:    **5:25-cr-00242-NW-3**
        **U.S. Pretrial Services Officer**

Date:   **April 6, 2026**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Shafia Khanoon                                           408-535-5222

U.S. Pretrial Services Officer                    **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐  I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐  Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐  Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____  Presiding  District Court Judge _____

☒  I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒  Modification(s)

  1. *The defendant must not use alcohol at all and must not use or possess any narcotic or other controlled substance without a legal prescription; and*
  2. *The defendant must reside at a Sober Living Environment (SLE) and must abide by the rules set by the SLE.*

☐  Bail Revoked/Bench Warrant Issued.

☐  I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐  Other Instructions:

_____

_____

**JUDICIAL OFFICER**                             ___April 6, 2026_____

                                                 **DATE**