**PROPOSED ORDER/COVER SHEET**

**TO:** **The Honorable Susan van Keulen**
**U.S. Magistrate Judge**

**RE:** **ESPARZA, Frank**

**FROM:** **Silvio Lugo, Chief**
**U.S. Pretrial Services Officer**

**Docket No.:** **5:25-cr-00242-NW-3**

**Date:** **08/18/2026**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| | |
|---|---|
| Jose Obien | 415-436-7501 |
| **U.S. Pretrial Services Officer** | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 6, 4th floor on August 24, 2026 at 1:00 pm.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge ____________________ Presiding District Court Judge ____________________

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification to remove the following special conditions:

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_______________________________________________

_______________________________________________

_______________________________________________

Susan van Keulen (signature)
**JUDICIAL OFFICER**

August 19, 2026
**DATE**

Susan van Keulen
United States Magistrate Judge