United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

v.

FRANK AGUAYO ESPARZA,
Defendant.

Case No. 25-cr-00242-NW-3 (VKD)

**ORDER MODIFYING CONDITIONS OF RELEASE AND SETTING FURTHER PROCEEDINGS**

The United States and defendant Frank Esparza appeared before the Court for a status conference on November 5, 2026. The Court was advised that Mr. Esparza is expected to successfully complete the New Bridge residential treatment program on November 23, 2026. However, at this time he has not been able to identify a structured living environment ("SLE") that he can afford and that is near where he anticipates resuming employment. With the agreement of the parties and on the recommendation of Pretrial Services, the Court orders as follows:

1. If Mr. Esparza is not able to move immediately to an SLE following completion of the New Bridge residential treatment program on November 23, 2026, Pretrial Services may extend Mr. Esparza's placement in the residential treatment program for up to 30 days beyond November 23, 2026 to ensure that he is able to move to an SLE immediately following his completion of residential treatment.
2. The Court sets a further status conference for **November 23, 2026 at 1:00 p.m.** on the criminal duty calendar.

//

//

**IT IS SO ORDERED.**

Dated: November 5, 2026

Virginia K. DeMarchi
United States Magistrate Judge

United States District Court
Northern District of California